| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALASKA NATIONAL INSURANCE COMPANY,<br><br>      Plaintiff,<br> v.<br><br>METRO METALS NORTHWEST, INC., et al.,<br><br>      Defendants. | CASE NO. C17-5765 RBL<br><br>ORDER GRANTING DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE.<br><br>[Dkt. #49] |

THIS MATTER is before the Court on Defendants' Motion to Voluntarily Dismiss (without prejudice) their counterclaims under Fed. R. Civ. P. 41(c), and for entry of a final, appealable judgment under Rule 58(d). [Dkt. # 49]. Plaintiff Alaska National does not oppose the motion, but it does seek dismissal *with* prejudice of any "bad faith" counterclaim based on conduct prior to the Court's October 11, 2018 Order [Dkt. # 48]. That Order determined that Alaska National's policies did not provide coverage and that it therefore had no duty to defend or indemnify Defendants in the underlying action (*Port of Vancouver, USA v. Metro Metals and Pacific Coast Shredding*, cause No. 17-cv-5571RBL).

Defendants argue that all dismissals should be without prejudice because none of the counterclaims were litigated. The Court agrees, though the Court's prior Order will necessarily have some impact on the viability of any bad faith claim.

The Motion for Voluntarily Dismissal is **GRANTED** and all of Metro Metals' and Pacific Coast Shredding's counterclaims are **DISMISSED without prejudice**. The clerk shall enter a final judgment consistent with this Order (and with the Court's prior Order) under Rule 58. Alaska National may withdraw from the defense of the Defendants in the underlying action, effective October 11, 2018.

IT IS SO ORDERED.

Dated this 26th day of November, 2018.

Ronald B. Leighton
United States District Judge